UNITED STATES of America,
Plaintiff–Appellee,

v.

Dentavia McNAIR, Defendant–
Appellant.

No. 13–15776
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 7, 2015.

R. Brian Tanner, James D. Durham, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Danny L. Durham, Sr., Durham & Crane Law Firm, Augusta, GA, Dentavia McNair FCI Beckley, BEAVER, WV, for Defendant–Appellant.

Before HULL, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Danny L. Durham, appointed counsel for Dentavia McNair, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the defendant's convictions and sentences are **AFFIRMED**.